*E-FILED: June 27, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS VARGS, | No. C11-02154 HRL |
|     Plaintiff,<br>v. | **ORDER RE ADMINISTRATIVE CLOSURE** |
| KATHRYN MARY BAZURTO dba STAGES UNLIMITED, | |
|     Defendant.<br>_____/ | |

Kathryn Mary Bazurto, the sole named defendant, has filed a "Notice of Stay of Proceedings," advising that she has filed for bankruptcy protection in this district under Chapter 13 of the Bankruptcy Code. The instant case having been automatically stayed, the court finds no reason to keep this case on its docket of active litigation. Accordingly, all scheduled deadlines and appearances are vacated, and the clerk shall administratively close the file.

Any party may file a motion to reopen this matter should a change in circumstances warrant it. In any event, the parties shall notify the court within 10 days of any proceeding in the bankruptcy action that would allow the instant lawsuit to go forward.

Dated: June 27, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-02154-HRL Notice has been electronically mailed to:

Adam Wang    adamqwang@gmail.com, evanrhy@gmail.com, jenniferxyzheng@hotmail.com, rosilenda@gmail.com

Adam Lee Pedersen    alpedersen@gmail.com

Nancy M. Battel    nancy@battelaw.com